# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| PAUL J. ARNOLD, SR., <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORP., <br> GLENCORE LTD., and JOHN DOE, INC., <br><br> Defendants. <br> _____ | 1:22-cv-00057-WAL-EAH |

TO:  John-Russell Bart Pate, Esq.
     Korey A. Nelson, Esq.
     Warren T. Burns, Esq.
     Kevin A. Rames, Esq.
     Douglas L. Capdeville, Esq.

## ORDER

**THIS MATTER** comes before the Court on the "Agreed Motion Requesting Continuance of Initial Conference," filed by Plaintiff Paul J. Arnold, Sr. Dkt. No. 8. In the motion, Attorney Pate states that counsels for all parties will be in trial on January 10, 2023 in another bauxite/asbestos lung scarring case in the Superior Court; that trial is expected to begin on January 9, 2023 and to take two weeks. *Id*. Thus, he requests a continuance of the initial conference to a date in mid- to late-February. *Id*. Attorney Pate conferred with all parties' counsels and indicated that there is no objection. *Id*. Further, Attorney Pate states that there are five other related cases which can be joined for the initial scheduling conference.[1] *Id*.

---

[1] To the extent that counsels wish to consolidate these cases for initial conferences and/or discovery purposes, they must file the appropriate motion to do so.

*Arnold v. Lockheed Martin Corp. et al*
1:22-cv-00057-WAL-EAH
Order
Page 2

Having considered the motion and being satisfied with the premises therein, the Court will grant the motion and reset the Initial Conference.

WHEREFORE, it is hereby **ORDERED:**

1. The Agreed Motion Requesting Continuance of Initial Conference, Dkt. No. 8, is **GRANTED**.

2. The Initial Conference set for **Tuesday, January 10, 2023** at **10:00 a.m. (AST)** is **CONTINUED** to **Tuesday, February 7, 2023 at 3:00 p.m. (AST)** in **STX Courtroom 3**.

ENTER:

Dated: December 5, 2022        /s/ Emile A. Henderson III
                               EMILE A. HENDERSON III
                               U.S. MAGISTRATE JUDGE