IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PAUL J. ARNOLD, SR.,<br><br>       Plaintiff,<br>v.<br><br>LOCKHEED MARTIN CORP., GLENCORE, LTD., AND JOHN DOE, INC.<br><br>       Defendants. | CASE NO. 1:22-cv-00057-WAL-EAH<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF DEFENDANT'S INTERROGATORIES: FIRST SET, REQUEST FOR PRODUCTION OF DOCUMENTS AS WELL AS REQUEST FOR ADMISSSION TO PLAINTIFF, PAUL J. ARNOLD, SR.

COMES NOW Defendant, **GLENCORE LTD.** by and through its undersigned counsel, and hereby certifies that Defendant's Interrogatories: First Set, Request for Production of Documents, and Request for Admission to Plaintiff, **PAUL J. ARNOLD, SR.**, were emailed to J. Russell Pate, Esq., The Pate Law Firm, pate@sunlawvi.com; sunlawvi@gmail.com

| | |
|---|---|
| Dated: May 24, 2023 | **LAW OFFICES OF DOUGLAS L. CAPDEVILLE, P.C.**<br>Respectfully Submitted,<br><br>**/s/ *Douglas L. Capdeville*** <br>Douglas L. Capdeville, Esq.<br>(V.I. Bar No. 284)<br>2107 Company Street, Suite 2<br>Christiansted, St. Croix VI 00820<br>Phone: 340-773-7275<br>Fax: 340-773-7996<br>videfense@capdevillelaw.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th Day of May 2023, I served a copy of the foregoing on the following through the Notice of Electronic Filing for the following parties and counsel who are Filing Users:

| | |
|---|---|
| **The Pate Law Firm**<br>*Attorneys for Plaintiff*<br>J. Russell B. Pate, Esq.<br>pate@sunlawvi.com<br>sunlawvi@gmail.com<br>PO Box 890<br>St. Thomas, VI 00804 | **Burns Charest LLP**<br>*Attorneys for Plaintiff*<br>Korey Nelson, Esq.<br>knelson@burnscharest.com<br>H. Rick Yelton, Esq.<br>ryelton@burnscharest.com<br>mhenry@burnscharest.com<br>365 Canal Street, Ste. 1170<br>New Orleans, LA 70130 |

**Burns Charest LLP**
*Attorneys for Plaintiff*
Warren T. Burns, Esq.
wburnes@burnscharest.com
Daniel H. Charest, Esq.
dcharest@burnscharest.com
jsoyka@burnscharest.com
900 Jackson Street, Ste. 500
Dallas, TX 75202

**LAW OFFICE OF K.A. RAMES, P.C.**
*Counsel for Lockheed Martin Corporation*
Kevin A. Rames, *Esq.*
kevin.rames@rameslaw.com
2111 Company Street, Suite 3
Christiansted, VI  00820
Telephone: (340) 773-7284
Facsimile: (340) 773-7282

                                                           /s/ Douglas L. Capdeville